**In re:  Lonnie Bernard DAVIS,
Petitioner.**

No. 14–1532.

United States Court of Appeals,
Fourth Circuit.

Submitted:  July 24, 2014.

Decided:  July 28, 2014.

Lonnie Bernard Davis, Petitioner Pro
Se.

Before FLOYD and THACKER, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lonnie Bernard Davis petitions for a
writ of mandamus directing the Richmond
County courts in North Carolina to act.
We conclude that Davis is not entitled to
the requested relief.

Mandamus relief is a drastic remedy and
should be used only in extraordinary cir-
cumstances. *Kerr v. United States Dist.
Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48
L.Ed.2d 725 (1976); *United States v.
Moussaoui,* 333 F.3d 509, 516–17 (4th Cir.
2003).  Such relief is available only when
the petitioner has a clear right to the relief
sought.  *In re First Fed. Sav. & Loan
Ass'n,* 860 F.2d 135, 138 (4th Cir.1988).

This court has no jurisdiction to grant
mandamus relief against state officials,
*Gurley v. Superior Court of Mecklenburg
Cnty.,* 411 F.2d 586, 587 (4th Cir.1969), or
to review final state court orders, *Dist. of
Columbia Court of Appeals v. Feldman,*
460 U.S. 462, 482, 103 S.Ct. 1303, 75
L.Ed.2d 206 (1983).

The relief sought by Davis is not avail-
able by way of mandamus.  Accordingly,
although we grant leave to proceed in for-
ma pauperis, we deny the petition for writ
of mandamus.  We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*PETITION DENIED.*